# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Phillip Wayne Frazer,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                         3:09cv109

Gaston County,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/24/2009 Order.

Signed: March 24, 2009

Frank G. Johns, Clerk
United States District Court